The Hunnicutt & Bellingrath Co. *v.* Rauschenberg.

*Atkinson, J.*—It being impossible to determine the questions of law made in this case without reference to the evidence introduced upon the trial, and there being in the record no such brief of the evidence as is required by law, this court cannot undertake to determine that the trial judge abused his discretion in refusing to grant a new trial.     *Judgment affirmed.*
July 8, 1895.

Action for damages. Before Judge Westmoreland. City court of Atlanta. November term, 1894.

*B. H. & C. D. Hill*, for plaintiff in error.
*C. D. Maddox* and *Glenn & Rountree*, contra.